IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASON BOWEN                                                                                    PETITIONER

VERSUS                                                         CIVIL ACTION NO. 5:07cv48-DCB-MTP

CONSTANCE REESE, Warden F.C.I.                                                     RESPONDENT

**FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice for this Court's lack of jurisdiction, and without prejudice so that the petitioner may file his conditions of confinement complaint in the proper manner.

SO ORDERED AND ADJUDGED, this the   5th   day of November, 2007.


                                                                    s/ David Bramlette
                                                                UNITED STATES DISTRICT JUDGE