IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASON BOWEN                                                               PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:07cv48DCB-MTP
                                                               APPEAL NO. _____

CONSTANCE REESE                                       RESPONDENT

## O R D E R

This matter is before the Court on petitioner's notice of appeal [11] filed December 20, 2007. The petitioner is appealing this Court's order [10] entered on November 27, 2007, and the final judgment [7] entered on November 7, 2007, denying his petition filed pursuant to 28 U.S.C. § 2241. Having reviewed the record, this Court finds that the petitioner was granted in forma pauperis status by order [3] entered on March 7, 2007.

As provided by Rule 24(a)(3) of the FEDERAL RULES OF APPELLATE PROCEDURE, since the petitioner has previously been granted in forma pauperis, he "may proceed on appeal in forma pauperis without further authorization." It is, therefore,

ORDERED AND ADJUDGED that petitioner's appeal may proceed to the United States Court of Appeals for the Fifth Circuit in accordance with the rules and procedures set forth.

THIS, the   21st   day of December, 2007.

                                                             s/ David Bramlette
                                                          UNITED STATES DISTRICT JUDGE